
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Alvarez-Garcia, Efrain<br><br>　　　　　Defendant. | Case No.: SA12-386-M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __SD CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __backyrd, cnty ties unknown; bail resources unknown. Illegal immigration status; nature of the allegations__

| | |
|---|---|
| 1 | which evidence a lack of amenability to supervision |
| 2 | |
| 3 | and/or |
| 4 | B. (X) The defendant has not met his/her burden of establishing by clear and |
| 5 | convincing evidence that he/she is not likely to pose a danger to the safety of any |
| 6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This |
| 7 | finding is based on his commission of new offenses |
| 8 | while under supervision; probation violation |
| 9 | history; criminal history record, which |
| 10 | involves convs for crimes of violence and for |
| 11 | narcotics offenses |

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 8/8/12

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE